IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID ROBINSON, ALLEN STONE, NANCY MALSOM, CLAIRE KILCOYNE, MICHAEL BOURNE, MARY ANNE BURGAN, JANICE BOND, RILE MARBERRY, RICHARD DICOSOLA, and MIKE CIPRIANI, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>MATCH.COM, L.L.C.,<br><br>Defendant. | §§§§§§§§§§§§§§§ | Civil Action No. 3:10-cv-02651-L<br>(Consolidated with Civil Action Nos.<br>3:11-cv-1354-L and 3:11-cv-1913-L<br>3:11-cv-02319-L; 3:11-cv-02322-L;<br>and 3:11-cv-023323-L) |

**MOTION TO WITHDRAW AS CO-COUNSEL**

Anthony Green files this Motion to Withdraw as Co-Counsel with EVAN SPENCER for Plaintiff's in this case.  The Plaintiffs will still be adequately represented by other counsel if Green is withdrawn.

The undersigned prays that the Court grant his Motion to Withdraw from the instant case.

Dated:  December 2, 2011

Respectfully Submitted,

/s/  Anthony Green

_____
Anthony Green
Texas Bar No. 24043702
933 W. Weatherford Street, Suite 201
Fort Worth, TX   76102
Tel.: 817.332.3803
Fax: 817.332.3801
attorneyanthonygreen@gmail.com

1

Certificate of Service:

On 12/02/2011, a copy of the foregoing was served on all parties by filing with the Court's electronic filing system.

/s/ Anthony Green

_____
Anthony Green